Prob12B
(NCW Rev. 2/04)

FILED
CHARLOTTE, N.C.

2005 MAY 25 PM 2: 10

U.S. DISTRICT COURT
W. DIST. OF N.C.

# UNITED STATES DISTRICT COURT

## for the

### Western District of North Carolina

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
Probation Form 49, Waiver of Hearing is Attached

Name of Offender: Audwin Hawatha Taylor          Case Number: 3:97CR97-01-V

Name of Sentencing Judicial Officer: The Honorable Richard L. Voorhees
U.S. District Judge

Date of Original Sentence: 11/7/00     Register Number: 11248-058  PACTS Number: 1957

Original Offense: Conspiracy to Possess with Intent to Distribute Cocaine and Cocaine Base, in violation of 21 U.S.C. § 846. Class A Felony.

Original Sentence: 120 months imprisonment followed by 5 years supervised release.

Type of Supervision: Supervised Release          Date Supervision Commenced: 7/18/03

## PETITIONING THE COURT

[ ]  To extend the term of supervision for   years, for a total of   years.

[X]  To modify the conditions of supervision as follows:

"The defendant serve a period of two months at a local Community Sanctions Center, with work release if applicable, at the direction of the U.S. Probation Officer. The previous Order from this Court directing the defendant to serve 60 days home detention with electronic monitoring is hereby stricken."

## CAUSE

On 12/22/04, the defendant was convicted in NC District Court, Charlotte NC, of the misdemeanor offense of Possession of Paraphernalia (04-CR-254383). The defendant has consented to this modification of his conditions of supervised release pursuant to the attached Probation Form 49, "Waiver of Hearing to Modify Conditions".

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

by  *(signature)*
Jeffrey R. Bowley
U.S. Probation Officer
(704) 350-7652
Date: 5/18/05

THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above
[ ] Other

5-20-05
Date

*(signature)*
Signature of Judicial Officer

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## WESTERN DISTRICT OF NORTH CAROLINA

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

"The defendant serve a period of two months at a local Community Sanctions Center, with work release if applicable, at the direction of the U.S. Probation Officer. The previous Order from this Court directing the defendant to serve 60 days home detention with electronic monitoring is hereby stricken."

Witness: _____
U.S. Probation Officer

5-18-05
Date

Signed: _____
Probationer or Supervised Releasee